Order entered October 26 , 2012

004<span></span>



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01302-CV

## IN RE TIMOTHY SCOTT HARRIMAN, Relator

**Original Proceeding from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause No. F94-01553-ML**

# ORDER

The Court has before it relator's October 11, 2012 motion for rehearing. The Court **DENIES** the motion.

ELIZABETH LANG-MIERS
JUSTICE